### Proutt agt. Scarlett

William Proutt plaint. ag$^t$ John Scarlett Exec$^r$ to the Estate of Cap$^t$ Sam$^{ll}$ Scarlet dec$^d$ Defend$^t$ in an action of the case for non paym$^t$ of one hundred pounds in mony given by S$^r$ Thomas Temple dec$^d$ unto Love Gibbons [ 434 ] now the wife of the present plaintife being delivered to Capt. Sam$^{ll}$ Scarlett for the use and benefit of the s$^d$

Love Gibbons and received by the s^d Scarlett in or about the yeare. 1663. with due interest and all other due damages according to attachm^t dat^d april: 19° 1677. . . . The Jury . . . found for the plaintife one hundred pounds mony & costs of Court, allowed twenty three Shillings and two pence: The Defend^t appealed from this judgement unto the next Court of Assistants and himselfe principall in £.100. and Nicholas Paige and William Coleman Sureties in £.50. apeice bound themselves respectiuely . . . on condition the s^d John Scarlett should prosecute his appeale . . .

[ The following agreement is on file in S. F. 1582.3:

Whereas it was agreed Betwene m^r John Scarlett of Boston & William Proutt, of Boston aforesaid, viz^t. that the Said William Proutt should haue one Quarter part of Such part of the Estate of the late Cap^t Sam^ll Scarlett: which was not mentioned in his Last will, which accordingly J whose name is vnderwritten, doe acknowlidge to haue Rece^d one fourth part of all Such goods which as yet appeared, also Doe acquitt & discharge m^r Jn° Scarlet, of & from the Same, as also from all Such Estate which was disposed of before the Death of the late m^rs Mary Scarlet, Provided, that m^r John Scarlet shall deliuer vnto me a Quarter part of Such Estate, which was not willed as aforesaid, which shall hereafter Come to Light, as Wittnesse my hand this Twelfth Day of December 1676

William Proutt

Wittnesse: Joseph Proutt
    Thomas Kemble

This (S. F. 1582.7) is one of several depositions to the same effect:

The Deposition of Timothy Proutt Junio^r aged Thirty three yeares or thereabouts, Testifyeth and Saith, that about Six yeares Since, S^r Thomas Temple Came accidentally to the Said Deponents house, & there asked of him, whether his brother William were going to be married to Loue Gibbons & J told him, J thought he was, & he said he was glad of it, and that he had given her One hundred Pounds, & that Cap^t Samuell Scarlet had it, in his hands Severall yeares to be Jmproved for her, & further Saith not

Sworn to in Court this 24th Aprill 1677
as attests Js^a Addington Cler

The case was appealed to the Court of Assistants (Records, i. 95), where the former judgment was confirmed.]